IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORD TO INFO, INC., <br><br> Plaintiff <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | NO. 2:17-cv-00596 RSM <br><br> STIPULATED MOTION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT |

Plaintiff Word to Info, Inc. and defendant Microsoft Corporation, through their undersigned counsel, stipulate and agree as follows:

On April 17, 2017, Plaintiff Word to Info, Inc. filed a Complaint against Microsoft, seeking recovery under the Patent Laws of the United States, Title 35 of the United States Code. Plaintiff served its Complaint on Microsoft on or about April 20, 2017. Accordingly, absent an extension of time, Federal Rule of Civil Procedure 12(a)(1)(A) would require Microsoft to answer, move or otherwise respond to the Complaint on or before May 11, 2017. To allow Microsoft's counsel adequate time to investigate the allegations of the Complaint, Microsoft's counsel has requested an extension of time within which to answer, move or otherwise respond to the Complaint, and Plaintiff's counsel has agreed to that request.

Based on the foregoing, the parties hereby stipulate and agree that the time for Microsoft to answer, move or otherwise respond to the Complaint is extended thirty (30) days until June 12, 2017.

STIPULATED MOTION AND ORDER
EXTENDING TIME TO ANSWER OR MOVE
AGAINST COMPLAINT - 1
(Case No. 2:17-cv-00596 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1       The parties further stipulate and jointly request that the dates set in the Court's May 1, 2017 Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 10) be extended by 30 days.

      Respectfully submitted this 2nd day of May, 2017.

| VAN KAMPEN & CROWE, PLLC | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Al Van Kampen*<br>Al Van Kampen, WSBA #13670<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154-1000<br>Phone: (206) 386-7353<br>Email: AVanKampen@VKClaw.com | By: *s/ Patricia A. Eakes*<br>By: *s/ Andrea D. Ostrovsky*<br>Patricia A. Eakes, WSBA #18888<br>Andrea D. Ostrovsky, WSBA #37749<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 407-2200<br>Fax: (206) 407-2224<br>Email: pattye@calfoeakes.com<br>Email: andreao@calfoeakes.com |
| FARNEY DANIELS, PC | *Attorneys for Defendant Microsoft Corporation* |
| By: *s/ Bryan D. Atkinson*<br>Bryan D. Atkinson (*admitted pro hac vice*)<br>Email: batkinson@farneydaniels.com<br><br>By: *s/ Steven R. Daniels*<br>Steven R. Daniels (*admitted pro hac vice*)<br>Email: sdaniels@farneydaniels.com<br>800 S Austin, Suite 200<br>Georgetown, TX 78626-5845<br>Phone: (512) 582-2828 | |

*Attorneys for Plaintiff Word to Info, Inc.*

STIPULATED MOTION AND ORDER EXTENDING TIME TO ANSWER OR MOVE AGAINST COMPLAINT - 2
(Case No. 2:17-cv-00596 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200 FAX (206) 407-2224

1 **ORDER**

2     IT IS SO ORDERED.

3     The time for defendant Microsoft Corporation to answer, move or otherwise respond to

4 the Complaint in this action is extended to and including June 12, 2017.

5     The deadlines in the Court' Order Regarding Initial Disclosures, Joint Status Report and

6 Early Settlement (Dkt. No. 10) are extended as follows:

7     Deadline for FRCP 26(f) Conference:     6/30/17

8     Initial Disclosures Pursuant to RFCP 26(a)(1):     07/05/17

9     Combined Joint Status Report and Discovery Plan:     07/12/17

10     DATED this 3rd day of May, 2017.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
EXTENDING TIME TO ANSWER OR MOVE
AGAINST COMPLAINT - 3
(Case No. 2:17-cv-00596 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224