UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORD TO INFO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. C17-0596RSM <br><br> ORDER STAYING CASE |

On July 12, 2017, the parties filed their Joint Status Report ("JSR") in this matter. Dkt. #29. In that JSR, the parties alerted the Court that this patent infringement case involves seven patents-in-suit that relate to natural language processing, which patents-in-suit are also the subject of litigation with other defendants in several other Districts. *Id.* One such litigation is currently on appeal in the Federal Circuit (the *Facebook* appeal). That appeal involves the construction of two patent claims that will also need to be construed in the litigation in this Court. *Id.*

On August 9, 2017, the Court held a telephonic status conference to address the scheduling of a trial date in this matter. Having listened to the parties' arguments, and having reviewed the JSR, the Court now hereby finds and ORDERS:

1. The Clerk shall enter a STAY in this matter pending the outcome of *Word to Info, Inc. v. Facebook, Inc.*, Case No. 2017-1431 (Fed. Cir. Dec. 16, 2016) (the *Facebook* appeal). The Court agrees with Defendant that this stay, which is expected to be short

ORDER
PAGE - 1

in duration, will result in more efficient litigation in this Court, and will not prejudice Plaintiff at this time.

2. The parties shall promptly notify the Court when the *Facebook* appeal has concluded through the filing of a Joint Status Report setting forth new proposals based on the results of that litigation.

3. If the *Facebook* appeal has not been resolved as of **February 9, 2018**, the parties shall submit a Joint Status Report at that time indicating the status of the appeal and their positions on whether a stay should continue.

DATED this 9 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE