UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WORD TO INFO, INC., | § § § § | No. CV 2:17-cv-00596 |
| Plaintiff, | § § | |
| v. | § § | JOINT MOTION TO DISMISS AND ORDER |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Word to Info, Inc. ("WTI") and Defendant Microsoft Corporation ("Microsoft") jointly move to dismiss all claims asserted in this case.

NOW THEREFORE, WTI and Microsoft, through their attorneys of record, request this Court to dismiss WTI's claims for relief against Microsoft with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Joint Motion to Dismiss and Order

**1**

Farney Daniels, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829

| | |
|---|---|
| DATED: December 5, 2017 | **FARNEY DANIELS PC** |
| | By: <u>s/Bryan D. Atkinson</u> (*Pro Hac Vice*) |
| | Steven R. Daniels (*Pro Hac Vice*) |
| | Bryan D. Atkinson (*Pro Hac Vice*) |
| | 800 S. Austin Avenue, Suite 200 |
| | Georgetown, Texas 78626 |
| | (512) 582-2820 |
| | Facsimile (512) 582-2829 |
| | SDaniels@farneydaniels.com |
| | BAtkinson@farneydaniels.com |
| | |
| | AND |
| | |
| | Al Van Kampen (WSBA #13670) |
| | VAN KAMPEN & CROWE PLLC |
| | 1001 Fourth Avenue, Suite 4050 |
| | Seattle, WA 98154 |
| | Telephone: (206) 386-7353 |
| | AVanKampen@VKClaw.com |
| | |
| | Attorneys for Plaintiff |

Joint Motion to Dismiss and Order

**2**

Farney Daniels, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829

| | |
|---|---|
| 1 | CALFO EAKES & OSTROVSKY PLLC |
| 2 | |
| 3 | By: *s/Jenny C. Wu*___ *(Pro Hac Vice)*<br>Patricia A. Eakes, WSBA #18888 |
| 4 | Andrea D. Ostrovsky, WSBA #37749<br>1301 Second Avenue, Suite 2800 |
| 5 | Seattle, WAS 98101<br> (206) 407-2200 |
| 6 | Facsimile: (206) 407-2224<br>Email: pattye@calfoeakes.com |
| 7 | Email: andreao@calfoeakes.com |
| 8 | |
| 9 | Nichols Groombridge (*admitted pro hac vice*)<br>Jenny C. Wu (*admitted pro hac vice*) |
| 10 | Paul, Weiss, Rifkind, Wharton &Garrison, LLP<br>1285 Avenue of the Americas |
| 11 | New York, NY 10019-6064<br> (212) 373-3990 |
| 12 | Email: ngroombridge@paulweiss.com<br>      jcwu@paulweiss.com |
| 13 | |
| 14 | David E. Killough<br>Microsoft Corporation |
| 15 | One Microsoft Way<br>Redmond, WA 98052 |
| 16 | (425) 703-8865<br>Email: davkill@microsoft.com |
| 17 | Attorneys for Defendant |
| 18 | |
| 19 | IT IS SO ORDERED. |
| 20 | DATED this 5 day of December 2017. |
| 21 | |
| 22 | |
| 23 | |
| 24 | RICARDO S. MARTINEZ<br>CHIEF UNITED STATES DISTRICT JUDGE |
| 25 | |
| 26 | |

Joint Motion to Dismiss and Order

3

Farney Daniels, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829